**TRUEMAN FERTILIZER COMPANY v. J. V. D'ALBORA as Trustee, et al.**

22 So. (2nd) 505           June Term, 1945
June 12, 1945           Division A

*Carroll Dunscombe,* for appellant.

*Russell Snow* and *Sumner & Sumner,* for appellee.

PER CURIAM:

Decree dismissing bill of complaint is affirmed.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.